# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **Rosalia G Adelsflugel, Individually and As Personal Representative Of The Estate Of Albert B Adelsflugel, Deceased** | C/A No: 2:08-CV-00811-DCN |
| Plaintiff, | |
| v. | |
| Owens−Illinois, Inc., et al, | |
| Defendants. | |

## STIPULATION OF DISMISSAL
## AS TO INDUSTRIAL HOLDINGS CORPORATION

COMES NOW, the Plaintiff, by and through undersigned counsel, and with the consent of the Defendant Industrial Holdings Corporation, (formerly known as The Carborundum Company), voluntarily dismisses the above-captioned matter with prejudice only as to Industrial Holdings Corporation, (formerly known as The Carborundum Company) pursuant to Rule 41 of the SCRCP.

| WE MOVE: | WE CONSENT: |
|---|---|
| /s V. Brian Bevon_____ | /s George L. Inabinet, Jr. |
| V. Brian Bevon, Esq. | George L. Inabinet, Jr., Esq. |
| SC Fed Bar 065384 | SC Fed Bar 10309 |
| Motley Rice, LLC | Maron Marvel Bradley & Anderson, P.A. |
| PO Box 650001 | 438 King Street, Suite 300 |
| Mount Pleasant, SC  29465 | Charleston, SC  29403 |
| Phone: 843-216-9090 | Phone: 843-727-0001 |
| bbevon@motleyrice.com | bi@maronmarvel.com |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT, INDUSTRIAL HOLDING CORPORATION F/K/A THE CARBORUNDUM COMPANY |
| January 7, 2013 | |
| Charleston, South Carolina. | January 7, 2013 |
| | Charleston, South Carolina. |