IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| In Re: Asbestos Products Liability Litigation) | MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: | Case No. 2:08-cv-0811 DCN |
| Rosalia G. Adelsflugel, individually and as Personal Representative of the Estate of Albert B. Adelsflugel, | |
| Plaintiff, | |
| v. | |
| Owens-Illinois, Inc., *et al*, | |
| Defendants. | |

## ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, LLC., Attorneys for the Plaintiff, and moves for an Order of Dismissal as to all remaining defendants. It is therefore,

ORDERED that the above-referenced case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 5, 2014
Charleston, South Carolina